UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE SMITH,

    Plaintiff,

v.                                          Case No: 8:18-cv-3096-T-36SPF

COMPASS RESEARCH, LLC,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Stipulation of Dismissal (Doc. 21). In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulation of Dismissal is **APPROVED** (Doc. 21).

2)     Plaintiff's claims are dismissed, with prejudice. Each party shall bear its own fees and costs.

3)     All claims of any unnamed member of the alleged class are dismissed without prejudice.

4)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 22, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record